UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Docket No. 2:22-mj-141-JCN |
| | ) | |
| v. | ) | 18 U.S.C. § 1470 |
| | ) | |
| DALE CARR | ) | |

## CRIMINAL COMPLAINT

I, Timothy Theriault, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE
### (Attempted Transfer of Obscene Material to a Minor)

On about October 20, 2019, in the District of Maine, the defendant,

**DALE CARR,**

used the internet, a facility and means of interstate commerce, to knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years. Specifically, **CARR** sent a digital image of a male penis to an individual he believed to be a 13-year-old girl, in violation of Title 18, United States Code, Section 1470.

This Complaint is based on those facts which are set forth in my affidavit of August 15, 2022, which is attached hereto and incorporated herein by reference.

*/s/ Timothy Theriault*
Timothy Theriault
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Aug 15 2022

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title